O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-00158-AHM (RZx) | Date | April 17, 2012 |
|---|---|---|---|
| Title | FABIOLA WRIGHT v. CITY OF LOS ANGELES | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | C. Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert S. Fink | Kim Rodgers Westhoff |
| | Tayo A. Popoola |

**Proceedings:** DEFENDANT CITY OF LOS ANGELES'S MOTION TO DISMISS [28] (non-evidentiary)

Court previously circulated its tentative order dated April 4, 2012 and now hears oral argument. For reasons and findings stated on the record, the Court grants the motion to dismiss. Order to issue. The Court also denies plaintiff's Request to Stay Case.[1]

| | : | 12 |
|---|---|---|
| | Initials of Preparer | SMO |

---

[1] Docket Entry Number 37